```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
CHEETAH DIGITAL, INC.,                   :    21cv6213(DLC)
                    Plaintiff,           :
            -v-                          :         ORDER
                                         :
SMOOTHIE KING FRANCHISES, INC.,          :
                    Defendant.           :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 21, 2019, Cheetah Digital, Inc. filed a complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. Pursuant to this Court's Individual Rules, it is hereby

ORDERED that plaintiff Cheetah Digital, Inc. shall, by **October 7, 2021,** file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners, and/or trustees.

SO ORDERED:

Dated:   New York, New York
         September 14, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge